|  |  |
|---|---|
| 1 | JAMES C. SANCHEZ, City Attorney |
|   | CITY OF FRESNO |
| 2 | By: Melissa L. White, Deputy (192208) |
|   | Fresno City Attorney's Office |
| 3 | 2600 Fresno Street |
|   | Fresno, California 93721-3602 |
| 4 | Telephone: (559) 621-7500 |
|   | Facsimile: (559) 488-1084 |

**FILED**

MAR 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for the Real Party in Interest
FRESNO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:08-CR-00254 LJO |
|---|---|---|
|  | ) |  |
| Petitioner/Plaintiff, | ) | **PROTECTIVE ORDER** |
| vs. | ) |  |
|  | ) |  |
| ALEJANDRO ORTEGA, | ) | DATE: 02-26-09 |
|  | ) | TIME: 9:00 a.m. |
| Respondent/Defendant. | ) | JUDGE: Lawrence J. O'Neill |

IT IS HEREBY ORDERED that the names, addresses, and phone numbers of complaining party and witnesses provided to you, pursuant to the *in camera* hearing, is limited to the Defendant and Defense Investigator and Defendant's attorney, and to any experts employed by said attorney; and is limited solely for the use in the defense of this criminal proceeding only; that such disclosed material shall not be copied, stored in any form (including in a computer database), duplicated or reproduced, conveyed, transferred, published, or distributed to any person(s) not having a need for or access to the disclosed material for any purpose whatsoever, including for the purposes of preparing this matter for trial;

IT IS FURTHER ORDERED THAT the information ordered disclosed and provided to you pursuant to the *in camera* hearing, shall be returned to the Fresno City Attorney's Office upon completion of this case.

Dated: March 6, 2009          _____
                              JUDGE OF THE ~~SUPERIOR~~ COURT
                              U.S. District

MLW:dlv [48181 dlv/mlw]

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

People v. Ortega
Case No.: 1:08-CR-00254 LJO
Protective Order