# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0254 LJO |
| Plaintiff, | **ORDER ON MOTION TO QUASH F.R.Crim.P. 17 SUBPOENA BROUGHT BY THE CITY OF FRESNO** |
| vs. | |
| ALEJANDRO ORTEGA, | |
| Defendant. | |

On March 6, 2009 this Court conducted a hearing on Non-Party City of Fresno's Motion to Quash the F.R.Crim.P. 17 subpoena that had been served on the City of Fresno by the Defendant. Appearing on behalf of the City of Fresno was Senior Deputy City Attorney Melissa L. White. Appearing as opposing counsel was Defense Counsel Marc Days. Appearing on behalf of the United States of America was Assistant U.S. Attorney Karen A. Escobar.

This Court incorporates by reference the rulings and the reasons thereon that were made in open court and on-the-record and described below.

After the hearing, the Court entertained an in camera examination of the personnel files of Fresno City Police Officers Ubaldo Garza and Robert Valdes. The decisions on those personnel files are found at the end of this Order.

The City of Fresno agreed to produce categories 1-4 and 6-8 of the subpoena. Those issues are moot in light of the agreement. The issues remaining are categories 5 and 9-17 inclusive.

1

For all documents produced by the City of Fresno, Defense Counsel has agreed to abide by a stipulated Protective Order that has been modified and signed by this Court by separate Order.

The following are the summary decisions and Order of the Court on each category. The reasons are contained in the record of the March 6, 2009 hearing, except numbers 16 and 17:

5. Towing Policy – motion to quash denied;

9. and 10. Receipt/Policy for monies paid to the Informant – motion to quash granted;

11. and 12. Identity of Informant/ Docs re payment to him or her – motion to quash granted;

13., 14., and 15. Ongoing criminal investigation of a collateral State Court case – motion to quash granted;

16. Personnel file of Officer Ubaldo Garza – Within 5 court days of the SERVICE of this Order on the U.S. Attorney's Office, that office must advise the Court whether or not it is going to call Officer Garza as a witness in its case. If there is no response OR the response is anything but "No," the Court orders that the personnel file report dated February 28, 2008 is to be turned over to Defense Counsel. It is to be provided in redacted form, excluding the identity of the confidential informant. If the answer is "No," the motion to Quash is granted; and

17. Personnel file of Officer Robert Valdes – there is nothing in the file to turn over in any event, so the motion on this is moot.

The clerk is directed to serve a copy of this order on Melissa L. White, Senior Deputy City Attorney, 2600 Fresno Street, Fresno, CA 93721-3602.

IT IS SO ORDERED.

**Dated:   March 9, 2009**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE