| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALEJANDRO ORTEGA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00254 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL DATE; |
| | ) | ORDER |
| v. | ) | |
| | ) | **Trial Confirmation**: |
| ALEJANDRO ORTEGA, | ) |   Date:  July 17, 2009 |
| | ) |   Time:  8:45 A.M. |
| Defendant. | ) | **Trial**: |
| | ) |   Date:  October 26, 2009 |
| | ) |   Time:  8:30 A.M. |
| | | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the trial in the above-referenced matter now set for September 3, 2009, **may be continued to October 26, 2009, at 8:30 A.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties time for negotiation. Additionally, the court is dark on Fridays (September 4, 2009), September 7, is a court holiday, and counsel for defendant is scheduled to be out of his office from September 11 - 18, 2009, and will not be available for trial should it run longer than four days (September 3, 8, 9 and 10). The remaining dates now set for compliance and/or hearing shall remain as now set, pending further order of the court. The requested continuance will conserve time and resources for all parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                           LAWRENCE G. BROWN
                                           Acting United States Attorney

DATED: April 21, 2009                    By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                           DANIEL J. BRODERICK
                                           Federal Public Defender

DATED: April 21, 2009                    By: /s/ Marc Days
                                                MARC DAYS
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                ALEJANDRO ORTEGA

## **O R D E R**

Pursuant to the stipulation, good cause exists for the request. The trial in the above-referenced matter is hereby continued to October 26, 2009, at 8:30 A.M. All remaining dates now set for compliance and/or hearing shall remain the same as now set, pending further order of the court. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 23, 2009**                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE