1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00254 LJO |
| Plaintiff, | *EX PARTE* REQUEST TO WITHDRAW DEFENDANT'S APPLICATIONS PERTAINING TO RULE 17(c) SUBPOENAS AND ORDERS RELATING THERETO; ORDER |
| v. | |
| ALEJANDRO ORTEGA, | |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

Defendant, Alejandro Ortega, hereby makes this *ex parte* application for an order *nunc pro tunc* that any and all ex parte applications, submitted on or before the date of this application by Defendant under Rule 17(c) of the Federal Rules of Criminal Procedure, and related proposed orders and orders be withdrawn and not filed.

Respectfully submitted,

DANIEL J. BRODERICK
FEDERAL DEFENDER

DATED: April 24, 2009         /s/ Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEJANDRO ORTEGA

*EX PARTE* Request to Withdraw Defendant's
Applications Pertaining to Rule 17(c) Subpoenas and
Orders Relating Thereto; [PROPOSED] ORDER

# **ORDER**

The Court has not only received the instant motion which is consistent with the choice provided to the Defendant at the hearing on April 10, 2009, but it has also received and reviewed Real Party In Interest, The California Highway Patrol's (CHP) opposition to the instant motion. CHP gives no reason for the opposition except that it fears that there may be an appellate issue involving the 17b subpoena served upon them. There is no indication what that appellate issue may be. By the request made by the Defense in this case, the Defendant is asking that the matter be treated as though the request was never made. Under those circumstances, there would be nothing concerning non-existent, non-filed subpoenas from which to appeal.

The court hereby **GRANTS** Defendant's application to withdraw defendant's applications pertaining to Rule 17(c) subpoenas and orders relating thereto, and orders *nunc pro tunc* that any and all ex parte applications submitted, on or before the date of Defendant's application, by Defendant under Rule 17(c) of the Federal Rules of Criminal Procedure, and related proposed orders and orders be withdrawn and not filed.

This Order is to be served on all parties, as well as counsel for the CHP and counsel for the City of Fresno.

IT IS SO ORDERED.

Dated:   **April 27, 2009**             /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

*EX PARTE* Request to Withdraw Defendant's
Applications Pertaining to Rule 17(c) Subpoenas and
Orders Relating Thereto; [PROPOSED] ORDER        2