LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-cr-00254 LJO |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| ALEJANDRO ORTEGA, | ) |
| Defendant. | ) |

Having considered the government's motion to unseal, and before any order be issued commanding that the defendant prepare a declaration identifying any applications and orders (providing the Court docket entry), which resulted in the issuance of Rule 17(c) subpoenas and production of records, the defendant will be given 7 calendar days to respond and either request a hearing, or agree to the request.

In the meantime, IT IS FURTHER ORDERED that any such subpoenas remain filed and sealed.

IT IS SO ORDERED.

**Dated:   May 4, 2009**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1