IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00254 LJO |
|---|---|
| Plaintiff, | DECISION ON GOVERNMENT'S MOTION TO UNSEAL |
| vs. | |
| ALEJANDRO ORTEGA, | |
| Defendant. | |

The Court has received and reviewed the Government's Motion to Unseal and the Defendant's Response to Government's Motion to Unseal. The Government filed no Reply.

Counsel for the Defendant is correct. The subpoenas have been withdrawn, and any issue with respect to those subpoenas is moot. Curiosity alone is no basis to unseal the subpoenas. Historically in this case, the entire purpose for the Court's offer to the Defendant to allow him time to make a decision to withdraw, and then the entire purpose of the Defendant's decision to withdraw the subpoenas (and thereby remove the issue from consideration and ultimate appeal) was to keep the matter undiscovered. No authority has been cited or provided to reach a different result.

**The motion is denied.**

IT IS SO ORDERED.

**Dated:   May 21, 2009**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1