LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-CR-00254 LJO |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS HEARINGS |
| v. | ) ) ) | DATE: July 17, 2009 TIME: 8:45 a.m. |
| ALEJANDRO ORTEGA, | ) ) | HONORABLE Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and request that the discovery motions hearing, presently scheduled before the Honorable Lawrence J. O'Neill for July 17, 2009 at 8:45 a.m. be continued to July 31, 2009 at 9:00 a.m. The basis for this request is to permit counsel to discuss resolution of this case and discovery issues. Given that the trial date has been continued into October, such a continuance will not delay the case.

///

///

///

///

1

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| Motions in Limine | August 7, 2009 | September 18, 2009 |
| Responses to Motions in Limine | August 14, 2009 | September 25, 2009 |
| Motions in Limine Hearing/TC | August 21, 2009 at 10:30 a.m. | October 2, 2009 at 10:00 a.m. |

DATED:  July 13, 2009           LAWRENCE G. BROWN
                                Acting United States Attorney

                           By:   /s/   Kathleen A. Servatius
                                KATHLEEN A. SERVATIUS
                                Assistant U.S. Attorney


DATED: July 10, 2009

                                 /s/   Marc Days
                                MARC DAYS
                                Attorney for Defendant
                                ALEJANDRO ORTEGA

2

LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00254   LJO |
| Plaintiff, | ORDER CONTINUING MOTIONS HEARINGS |
| v. | |
| ALEJANDRO ORTEGA, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, have stipulated to a continuance of the discovery motions hearing in this case, currently set for July 17, 2009, be continued to July 31, 2009 at 8:45 a.m. and that the motions in limine/trial confirmation currently set for August 21, 2009 be continued to October 2, 2009 at 10:00 a.m.

The discovery motions hearing in this case be continued until July 31, 2009 and the motions in limine/trial confirmation hearing be continued until October 2, 2009 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   July 13, 2009**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3