LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br>   v.  <br>ALEJANDRO ORTEGA,  <br>   Defendant. | CASE NO. 1:08-CR-00254   LJO  <br>ORDER CONTINUING MOTION HEARING |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, have stipulated to a continuance of the discovery motion hearing in this case, currently set for July 31, 2009, be continued to August 7, 2009 at 10:00 a.m.

IT IS HEREBY ordered that the discovery motion hearing in this case be continued until August 7, 2009.

IT IS SO ORDERED.

**Dated:   July 28, 2009**             **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE