LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01:08-CR-00254 LJO |
| ) | |
| Plaintiff, ) | ORDER SEALING GOVERNMENT'S *IN CAMERA* SUBMISSION |
| ) | |
| v. ) | Date: September 1, 2009 |
| ) | Honorable Lawrence J. O'Neill |
| ALEJANDRO ORTEGA, ) | |
| ) | |
| Defendant. ) | |

    The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its *Giglio* submission to this Court <u>in camera</u> and under seal for the Court's review, and good cause appearing,

    The Government's *In Camera* Submission shall be filed **Under Seal** and shall be disclosed until further order of the Court.

IT IS SO ORDERED.

**Dated:   September 1, 2009**          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE