IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:08-CR-00254 LJO |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| ALEJANDRO ORTEGA, | ) | |
| Defendant. | ) | |

The Court has received and reviewed the *Ex Parte, In camera* Government submission, as it relates to possible Giglio material.  As a result of the inspection,

IT IS HEREBY ORDERED:

That the Government, at the appropriate time, must provide to Defense Counsel the following material because it is subject to disclosure pursuant to Giglio v United States, 405 U.S. 150, 153-154 (1972):  The Fresno Police Report ending in the digits 877.

IT IS SO ORDERED.

**Dated:     September 1, 2009**                           /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE

1