LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 01:08-CR-00254 LJO |
| ) | |
| Plaintiff,  ) | ORDER SEALING GOVERNMENT'S *IN LIMINE* MOTION |
| ) | |
| v.  ) | Date:  October 2, 2009 |
| ) | Honorable Lawrence J. O'Neill |
| ALEJANDRO ORTEGA,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its *In Limine* motion under seal pursuant to a previously entered protective order in this case, and good cause appearing,

IT IS ORDERED that the Government's *In Limine* Motion shall be filed **Under Seal** and shall not be disclosed (except to the parties in this case) until further order of the Court.

IT IS SO ORDERED.

**Dated:   September 16, 2009**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1