```
LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01:08-CR-00254 LJO |
| Plaintiff, ) | ORDER SEALING TWO SETS OF DEFENDANT'S JURY INSTRUCTIONS |
| v. ) | |
| ALEJANDRO ORTEGA, ) | Date: October 26, 2009 |
| Defendant. ) | Honorable Lawrence J. O'Neill |

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having moved ex parte for the emergency sealing of the defendant's jury instructions (docs. 180 and 181), and good cause appearing,

IT IS ORDERED that the defendant's jury instructions be sealed until further order of the Court.

Dated: October 21, 2009          /s/ Oliver W. Wanger
                                  Honorable Oliver W. Wanger
                                  United States District Judge