LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

OCT 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01:08-CR-00254 LJO |
| Plaintiff, | ORDER SEALING GOVERNMENT'S SUPPLEMENTAL JURY INSTRUCTION |
| v. | Date: October 26, 2009<br>Honorable Lawrence J. O'Neill |
| ALEJANDRO ORTEGA, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its Supplemental Jury Instruction under seal pursuant to a previously entered protective order in this case, and good cause appearing,

IT IS ORDERED that the Government's Supplemental Jury Instruction shall be filed **Under Seal** and shall not be disclosed (except to the parties in this case) until further order of the Court.

Dated: _____10- 21-_____, 2009        _____
                                            Honorable Lawrence J. O'Neill
                                            United States District Judge

1