DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO ORTEGA, <br><br> Defendant. | NO. 1:08-cr-00254 LJO <br><br> STIPULATION TO CONTINUE SENTENCING HEARING;[PROPOSED] ORDER <br><br> Date: May 21, 2010 <br> Time: 11:00 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for April 23, 2010, **may be continued to May 21, 2010, at 11:00 A.M.**

This continuance is requested because a revised Presentence Investigation Report, dated April 16, 2010, was provided to the defense. Defense counsel has not had an opportunity to review the revised report with the defendant. Defense counsel has trials scheduled to begin on April 26, 2010 and May 4, 2010 and does not anticipate an opportunity to schedule an interpreter, review the report and prepare for sentencing during trial. The requested continuance will conserve time and resources for all parties and the court.

///

///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 21, 2009        By:  /s/  Katheen Servatius
                                  KATHLEEN SERVATIUS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Public Defender


DATED: April 21, 2009        By:  /s/  Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  ALEJANDRO ORTEGA

# O R D E R

**GOOD CAUSE EXISTS.**  The sentencing hearing in the above-referenced matter is hereby continued to May 28, 2010, at 11:00 A.M.  (THE COURT IS NOT IN SESSION ON THE DATE REQUESTED, SO COUNSEL ARE GIVEN THE NEXT AVAILABLE DATE)

IT IS SO ORDERED.

Dated:   April 21, 2010              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE