1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALEJANDRO ORTEGA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00254 LJO
                                    )
12          Plaintiff,               )   STIPULATION TO CONTINUE SENTENCING
                                    )   HEARING; ORDER
13     v.                            )
                                    )
14 ALEJANDRO ORTEGA,                )   Date:  June 25, 2010
                                    )   Time:  11:00 A.M.
15          Defendant.               )   Judge: Hon. Lawrence J. O'Neill
                                    )
16 _____   )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the sentencing hearing in the above-referenced matter now set for May 28, 2010, **may be**

20 **continued to June 25, 2010, at 11:00 A.M.**

21      This continuance is requested because counsel for the defense has been out sick over most of the

22 last two weeks and needs additional time to prepare for sentencing and to prepare any necessary and

23 appropriate objections on defendant's behalf.  The requested continuance will conserve time and resources

24 for both counsel and the court. The requested continuance will conserve time and resources for all parties

25 and the court.

26 ///

27 ///

28 ///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: May 25, 2010                            By:  /s/ Katheen Servatius
                                                  KATHLEEN SERVATIUS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

DATED: May 25, 2010                            By:  /s/ Marc Days
                                                  MARC DAYS
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  ALEJANDRO ORTEGA

## **O R D E R**

The sentencing hearing in the above-referenced matter is hereby continued to June 25, 2010, at 10:00 A.M. (One hour earlier than requested). Due to the illness, good cause exists for the continuance.

IT IS SO ORDERED.

**Dated:**   **May 25, 2010**                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE