1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00254 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER (note change of time from stipulation) |
| v. | ) ) | |
| ALEJANDRO ORTEGA, | ) ) | |
| Defendant. | ) ) ) | Date: July 16, 2010
Time: 10:00 A.M.
Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for June 25, 2010, **may be continued to July 16, 2010, at 11:00 A.M.**

This continuance is requested to allow counsel for the defense additional time to prepare for sentencing on defendant's behalf. Defense counsel's schedule has included a number of matters which have required significant attention, including an appeal, a unique complex motion and a trial, which pled the day of trial. As a result, defense counsel has not been able to give this matter the time it deserves and adequately prepare for sentencing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

1   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2

3                                                                BENJAMIN B. WAGNER
                                                                 United States Attorney
4

5   DATED: June 21, 2010                              By:  /s/ Katheen Servatius
                                                                 KATHLEEN SERVATIUS
6                                                                Assistant United States Attorney
                                                                 Attorney for Plaintiff
7

8                                                                DANIEL J. BRODERICK
                                                                 Federal Public Defender
9

10  DATED: June 21, 2010                              By:   /s/ Marc Days
                                                                 MARC DAYS
11                                                               Assistant Federal Defender
                                                                 Attorneys for Defendant
12                                                               ALEJANDRO ORTEGA

13

14

15                                          **O R D E R**

16   The sentencing hearing in the above-referenced matter is hereby continued to July 16, 2010, at

17  10:00 A.M.

18

19

20  IT IS SO ORDERED.

21  **Dated:    June 22, 2010**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Sentencing Hearing; Order                    -2-