DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00254 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) ) | |
| ALEJANDRO ORTEGA, | ) ) | Date: August 27, 2010 Time: 11:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for July 16, 2010, **may be continued to August 27, 2010, at 11:00 A.M.**

This continuance is requested to allow counsel for the defense additional time to prepare for sentencing on defendant's behalf. Defense counsel's schedule has included a number of matters which have required significant attention, including a unique complex motion and an attempt murder trial scheduled to begin July 19, 2010. As a result, defense counsel has not been able to adequately prepare for sentencing and give this matter the time it deserves. The requested continuance will conserve time and resources for both counsel and the court.

///

///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: July 13, 2010          By:  /s/ Katheen Servatius
                                KATHLEEN SERVATIUS
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Public Defender

DATED: July 13, 2010          By:  /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ALEJANDRO ORTEGA

## **O R D E R**

The sentencing hearing in the above-referenced matter is hereby continued to August 27, 2010, at 11:00 A.M. with good cause shown.

IT IS SO ORDERED.

**Dated:   July 13, 2010**                /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE