DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00254 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| ALEJANDRO ORTEGA, | Date: September 10, 2010<br>Time: 11:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for August 27, 2010, **may be continued to September 10, 2010, at 11:00 A.M.**

This continuance is requested to allow counsel for the defense additional time to prepare for sentencing on defendant's behalf. Defense counsel's schedule has included a number of matters which have required significant attention, including a unique complex motion. As a result, defense counsel has not been able to adequately prepare for sentencing and give this matter the time it deserves. The requested continuance will conserve time and resources for both counsel and the court.

///

///


1  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

3  BENJAMIN B. WAGNER
United States Attorney

5  DATED: August 20, 2010    By: /s/ Katheen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

8  DANIEL J. BRODERICK
Federal Public Defender

10 DATED: August 20, 2010    By: /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
ALEJANDRO ORTEGA

## O R D E R

**Good cause has been established.**  The sentencing hearing in the above-referenced matter is hereby continued to September 10, at 11:00 A.M.   No more continuances.

IT IS SO ORDERED.

**Dated:   August 21, 2010**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE