DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00254 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING;ORDER (note time change) |
| v. | ) | |
| ALEJANDRO ORTEGA, | ) | Date: September 24, 2010 |
| Defendant. | ) | Time: 10:00 A.M. |
|  | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for September 10, 2010, **may be continued to September 24, 2010, at 11:00 A.M.**

This continuance is requested by counsel for defendant because he will not be in his office for a period of time due to a family-related health issue and does not know specifically when he will return to his office. Counsel will need additional time to prepare for sentencing upon return. Assistant U.S. Attorney Kathleen Servatius has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1     As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                                           BENJAMIN B. WAGNER
                                                                           United States Attorney

DATED: September 1, 2010                       By: /s/ Katheen Servatius
                                                                           KATHLEEN SERVATIUS
                                                                           Assistant United States Attorney
                                                                           Attorney for Plaintiff

                                                                           DANIEL J. BRODERICK
                                                                           Federal Public Defender

DATED: September 1, 2010                       By: /s/ Marc Days
                                                                           MARC DAYS
                                                                           Assistant Federal Defender
                                                                          Attorneys for Defendant
                                                                           ALEJANDRO ORTEGA

## O R D E R

Good Cause exists for the continuance as stated in the stipulation.   The sentencing hearing in the above-referenced matter is hereby continued to September 24, at 10:00 A.M.  (An hour earlier than time requested).

IT IS SO ORDERED.

**Dated:   September 2, 2010**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE