DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALEJANDRO ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00254 LJO |
| Plaintiff, ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. ) ) | |
| ALEJANDRO ORTEGA, ) ) | Date: October 15, 2010 Time: 11:00 A.M. |
| Defendant. ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-referenced matter now set for September 24, 2010, **may be continued to October 15, 2010, at 11:00 A.M.**

This continuance is requested by counsel for defendant because he has been sick and not in his office for a period of time due to a death in his family. Defense counsel needs additional time to review a draft sentencing memorandum with defendant prior to its filing in preparation for sentencing. Based on scheduling issues, which include defense counsel's travel to, and attendance at, a memorial service, counsel is requesting October 15, 2010. Assistant U.S. Attorney Kathleen Servatius has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                      BENJAMIN B. WAGNER
United States Attorney

DATED: September 17, 2010              By: /s/ Katheen Servatius
                                                      KATHLEEN SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

                                                        DANIEL J. BRODERICK
Federal Public Defender

DATED: September 17, 2010              By: /s/ Marc Days
                                                        MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
ALEJANDRO ORTEGA

## **O R D E R**

**IT IS SO ORDERED**. The sentencing hearing in the above-referenced matter is hereby continued to October 15, at 11:00 A.M.

DATED: September 17, 2010

                                                        /s/ Lawrence J. O'Neill
                                                        LAWRENCE J. O'NEILL, Judge
United States District Court