BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-254 LJO |
| Plaintiff, | ORDER ON STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: October 15, 2010<br>HONORABLE Lawrence J. O'Neill |
| ALEJANDRO ORTEGA, | |
| Defendants. | |

    The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant, by and through Marc Days, his attorney, have stipulated and agreed to continue the defendant's sentencing until November 12, 2010, at 9:00 a.m. and good cause appearing;

    The defendant's sentencing hearing shall be continued until November 12, 2010 at 9:00 a.m.

    IT IS SO ORDERED.

**Dated:**   **October 12, 2010**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE