BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-254 LJO |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| | ) | |
| v. | ) | DATE: November 12, 2010 |
| | ) | HONORABLE Lawrence J. O'Neill |
| ALEJANDRO ORTEGA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant, by and through Marc Days, his attorney, have stipulated and agreed to continue the defendant's sentencing until December 17, 2010, at 10:00 a.m. and good cause appearing;

IT IS HEREBY ORDERED THAT the defendant's sentencing hearing shall be continued until December 17, 2010 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   November 9, 2010**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1