```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  MARC DAYS, Bar #184098
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorneys for Defendant
 6  ALEJANDRO ORTEGA
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:08-CR-00254 LJO-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER OF |
| v. | ) | DENIAL |
| | ) | |
| ALEJANDRO ORTEGA, | ) | |
| | ) | Date :  May 20, 2013 |
| | ) | Time:   8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for May 13, 2013, **may be continued to May 20, 2013, 8:30 a.m.**

Defendant is housed in Lerdo, defense counsel would like to review recently-filed declarations with the Defendant, and due to bus space availability defense counsel could not schedule an attorney interview prior to 5/13/13, the date for the currently-scheduled status conference.  The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Kathleen Servatius has no objection to this request.

/ / /

/ / /

/ / /

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
2   (B) in that the ends of justice served by the continuance outweigh the interest of the public and
3   the defendant in a speedy trial, including, but not limited to, the need for the period of time set
4   forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 9, 2013    /s/ *Kathleen Servatius*
KATHLEEN ANNE SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 9, 2013    /s/ *Marc Days*
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
ALEJANDRO ORTEGA

## O R D E R

The Court will accommodate the concern by continuing the hearing to 1:40 p.m. on the date currently set for the hearing. The matter is not a complex or time consuming issue.

IT IS SO ORDERED.

Dated:  **May 9, 2013**       /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE